No. 95–8014. KOFFIEL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 95–8015. KENNEDY v. COURT OF APPEALS OF MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 95–8024. BERGMANN v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 95–8025. TAYLOR v. COBB ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8053. NOTHEIS v. PETKOVICH. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 95–8061. COLEMAN v. NEW YORK COMMISSION OF CORRECTION ET AL.; COLEMAN v. MURRAY ET AL.; and COLEMAN v. NEW YORK COMMISSION OF CORRECTION ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–8062. BARBEE v. STATE FARM AUTOMOBILE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8072. HUGHEY v. COLUMBIA COUNTY SHERIFF'S DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–8079. WALP v. GOODWIN ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8096. RIOS v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 95–8102. CSORBA v. ITT ELECTRO-OPTICAL PRODUCTS DIVISION. C. A. 4th Cir. Certiorari denied.

No. 95–8141. WOODBURY v. SEARS, ROEBUCK & CO. C. A. 11th Cir. Certiorari denied.

No. 95–8156. BUIVIDAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8205. RISE ET AL. v. OREGON ET AL. C. A. 9th Cir. Certiorari denied.